704 A.2d 16

STATE OF NEW JERSEY. v. ANTHONY CALIGUIRI.

STATE OF NEW JERSEY. v. RAMON MUNOS.

December 10, 1997.

It is ORDERED that in respect of defendant Munos, the petition for certification is denied; and it is further

ORDERED that in respect of defendant Caliguiri, the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of Section 8 of the *Attorney General's Supplemental Directive For Prosecuting Cases Under the Comprehensive Drug Reform Act,* issued January 6, 1997. Jurisdiction is not retained.